# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **JUAN FERNANDO TREJO-BLANCO,** | ) ) ) ) |
| **Defendant.** | ) ) |

Case No.: 2:21-cr-313-AMM-JHE-1

## **ORDER**

Before the court is Defendant Juan Fernando Trejo-Blanco's Motion to Suppress Evidence and Statements. Doc. 23. On October 21, 2022, the magistrate judge conducted an evidentiary hearing. *See* Doc. 37. On December 6, 2022, the magistrate judge entered a report recommending that the court deny the motion. Doc. 46. On December 20, 2022, Mr. Trejo-Blanco filed objections to the recommendation. Doc. 47.

In his objections, Mr. Trejo-Blanco does not argue that the magistrate judge's report contained any factual errors or relied on improper law. Rather, he either fails to address the law relied on by the magistrate judge, focusing instead on other nonbinding precedents, or disagrees with the magistrate judge's weighing of the

evidence and ultimate legal conclusion based on that evidence. Accordingly, the court **OVERRULES** those objections. Doc. 47.

Having carefully reviewed and considered *de novo* all the materials in the record, including the report and recommendation and the objections thereto, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **DENIES** Mr. Trejo-Blanco's motion to suppress. Doc. 23.

**DONE** and **ORDERED** this 10th day of February, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE